UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

IVAN ARCHIVALDO GUZMAN SALAZAR, et al.

Defendants

23 Cr. 180 (KPF)

## NOTICE OF APPEARANCE

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance on behalf of the Government in the above-captioned case and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       September 15, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Alexander Li
      Alexander Li
      Assistant United States Attorney
      Tel.: (212) 637-2265